IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CASEY TYRONE SLEDGE, §
§
    Petitioner, §
§
v. § 2:13-CV-065
§
WILLIAM STEPHENS, §
Director, Texas Dep't of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING RESPONDENT'S MOTION TO DISMISS AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On August 23, 2013, respondent filed a motion to dismiss the petition (document 24). On September 18, 2013, having received no opposition to the motion to dismiss, the United States Magistrate Judge issued a Report and Recommendation recommending respondent's motion to dismiss be granted and the habeas corpus petition be dismissed. As of this date, neither party has filed objections to the Magistrate Judge's Report and Recommendation.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, Respondent's Motion to Dismiss as Moot is GRANTED and the petition for a writ of habeas corpus is DISMISSED.

    IT IS SO ORDERED.

    ENTERED this _____ day of October, 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE